UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff

      v.

MICHAEL RILEY,

      Defendant

Case No. CR 14-0113JLR

ORDER GRANTING MOTION TO FILE
SENTENCING MEMORANDUM AND
ATTACHMENTS UNDER SEAL

     This matter is before the court on the unopposed motion of the defendant to file his sentencing memorandum and attachments under seal. For the reasons set forth in the sentencing memorandum, the motion to file under seal is granted.

     Dated this 19 day of June, 2017

                               JAMES L. ROBART
                               United States District Judge