The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL A. RILEY,<br><br>　　　　　　Defendant. | No. CR14-0113JLR<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND APPOINTMENT OF NEW COUNSEL |

Counsel of record, Cynthia B. Jones, moved for permission to withdraw as counsel and requested new counsel be appointed to represent Michael A. Riley on his appeal of this Court's Order (Dkt. # 153).

IT IS THEREFORE ORDERED that the Motion to Withdraw (Dkt. # 155) is GRANTED and that new counsel should be appointed to represent Mr. Riley on appeal.

IT IS SO ORDERED.

DONE this 14th day of April, 2020.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

*s/Cynthia B. Jones*
Attorney for Michael A. Riley

ORDER – Page 1

*Jones Legal Group, LLC*
*1200 Fifth Avenue, Suite 625, Seattle, WA 98101*
*(206) 596-7878; cjones@joneslegalgroup.net*