Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR14-113 JLR |
|---|---|
| Plaintiff, | |
| v. | SEALING ORDER |
| MICHAEL A. RILEY, | |
| Defendant. | |

Having considered the records of this case and the materials contained in Exhibit 1, the Court finds there are compelling reasons to file the Exhibit under seal. Accordingly, the United States' sealing motion is GRANTED.

DATED this __23rd__ day of February, 2026.

_____
JAMES L. ROBART
United States District Judge

PRESENTED BY:

*s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney

Sealing Order – 1
*United States v. Riley*, CR14-113 JLR - 1